ALEXANDER CHURCHILL ET AL. *v.* EUNICE ALLESSIO, EXECUTRIX (ESTATE OF EVA CHURCHELOW), ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 51 Conn. App. 24 (AC 16646), is denied.

*Frederick E. Mascolo,* in support of the petition.

*Gary P. Sklaver* and *Irving H. Perlmutter,* in opposition.

Decided December 21, 1998